UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,                    CIVIL NO: 07-5357
Plaintiff

V.

Geno's Steaks d/b/a Joey Vento Ninth & Passyunk Ave;
Pat's King of Steaks,
Defendant's

## Complaint

Comes Now the plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable court under 42 USC 1983. I seek $2 million in damages for hospital bills, and Emotional pain and suffering. On Dec 27th 2002, I traveled to Philly from Tampa FL to finally try a Philly cheese steak. I got a cheesesteak from Pat's with cheese wiz. Then I bought a cheese steak at Geno's with American cheese. I took both of them and went to Shown tell on Delaware Ave. I ate the Geno's steak, the meat had EColi and was pure red. I began to eat my Pat's steak and I found a Mexican Finger in it. I got very sick. I vomited. I took both cheese steaks back to Defendants, told them that I'm not satisfied. Joey Vento called me a "cheap Jew", told me to go back to Israeli. Pat threw me a Nickle and told me "You Jews are all the same". I was offended by this Anti-Semitic Statements. Everytime now I think of cheesesteaks, I get sick. Pat's meat is imported from Australia in violation of Federal law. I seek relief and compel this court to look into their illegal practices.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg     843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted
Jonathan Lee Riches©